# Avery v. The State.

## Burglary.

(Decided June 8, 1915.   69 South. 255.)

*Appeal and Error; Dismissal; Bill of Exceptions.*—Where the time allowed by law for presenting the · bill of exceptions to the trial judge and his approval and signing thereof had expired before the call of the division to which the cause was returnable, and no excuses was shown for a failure to prosecute the appeal properly, the appeal will be dismissed.

APPEAL from Shelby County Court.

Heard before Hon. E. S. LYMAN.

Tom Avery was convicted of burglary, and he appeals. Appeal dismissed.

No counsel marked for appellant.

W. L. MARTIN, Attorney General, and J. P. MUDD, Assistant Attorney General, for the State.

BROWN, J.—The appellant was convicted November 30, 1914, for the offense of burglary, and was sentenced to the penitentiary for ten years as a punishment for the offense, and from that judgment he appealed, and in response to his written statement of appeal a certificate was filed with the clerk of the Supreme Court January 15, 1915, and on January 30, 1915, delivered to and filed by the clerk of this court, but no transcript has been filed.

It now appearing that the time allowed by law for presenting a bill of exceptions to the trial judge, and the approval and signing thereof by the judge, had expired before the call of the division to which this case

belongs, and no cause being shown for the failure of the appellant to prosecute his appeal, the motion of the Attorney General to dismiss the appeal is granted.

Appeal dismissed.